# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GARY W. McCLAIN,

    Plaintiff,

v.

COUNTY OF CLARK, *et al.*,

    Defendants.

Case No. 2:10-cv-2117-LDG (VCF)

**ORDER**

    The plaintiff, Gary W. McClain, moves to strike (#45) defendant Clark County's reply (#44) to its motion for summary judgment for exceeding the page limit established in Local Rule 7-4.  Clark County opposes (#46), and counter-moves (#47) for leave to file an over-length brief.  In its papers, Clark County suggest that the over-length brief is appropriate given that McClain's opposition consists not only of a 30-page brief, but over 700 pages of exhibits.  The Court would note that McClain has not, as required by Special Order #109 adopting Electronic Filing Procedures, filed a courtesy paper copy of his opposition and its exhibits, though the entire electronic document far exceeds 50 pages.  Accordingly, for good cause shown,

    THE COURT **ORDERS** that Gary W. McClain's Motion to Strike (#45) is GRANTED;

1 THE COURT FURTHER **ORDERS** that Clark County's Motion for Leave to File an
2 Oversize Reply (#47) is GRANTED; Clark County shall file its reply not later than five days
3 after the entry of this Order, and shall comply with Local Rule 7-4.

4 THE COURT FURTHER **ORDERS** that Gary W. McClain shall submit a courtesy
5 paper copy of its opposition brief and exhibits not later than five days after the entry of this
6 Order. The exhibits to such courtesy paper copy shall comply with Local Rule 10-3.

DATED this 18 day of May, 2012.

_____
Lloyd D. George
United States District Judge